(128 So. 908)

**S. R. HARTLEY v. J. P. RICHTER, Adm'r.**

6 Div. 407.

Supreme Court of Alabama.
April 22, 1930.

PER CURIAM.
Appeal dismissed.

■

(128 So. 908)

**Ex parte HILL GROCERY CO.**

6 Div. 661.

Supreme Court of Alabama.
May 12, 1930.

PER CURIAM.
Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

■

(127 So. 914)

**Emily HOOBLER v. STATE.**

6 Div. 599.

Supreme Court of Alabama.
March 20, 1930.

Rehearing Denied April 17, 1930.

J. B. Powell, of Jasper, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.
Petition of Emily Hoobler for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hoobler v. State, 23 Ala. App. 640, 127 So. 922.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

■

(128 So. 908)

**Ex parte Sam C. KING.**

6 Div. 660.

Supreme Court of Alabama.
May 22, 1930.

PER CURIAM.
Petition dismissed for want of prosecution.

■

(128 So. 908)

**John W. KING, Guardian, v. Millard WHITED et al.**

6 Div. 501.

Supreme Court of Alabama.
April 22, 1930.

PER CURIAM.
Appeal dismissed.

■

(127 So. 915)

**W. R. LINDBLOOM v. Henrietta PETERSON.**

6 Div. 701.

Supreme Court of Alabama.
March 20, 1930.

Harsh & Harsh, of Birmingham, for appellant.
W. B. Harrison, of Birmingham, for appellee.

ANDERSON, C. J.
Affirmed.

SAYRE, BROWN, and FOSTER, JJ., concur.

■

(129 So. 922)

**LOUISVILLE & NASHVILLE R. CO. v. T. M. OVERBY.**

6 Div. 701.

Supreme Court of Alabama.
June 19, 1930.

PER CURIAM.
Appeal dismissed by agreement.